**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| KAYLIE MCALLISTER, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No. CIV-26-1411-R** |
| | ) | |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

Before the Court is Defendant's Motion to Strike pursuant to Federal Rule of Civil Procedure 12(f) [Doc. No. 7]. During the pendency of the Motion, Plaintiff filed an Amended Complaint [Doc. No. 8]. This Amended Complaint "supersedes the original and renders it of no legal effect." *Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991) (internal quotation omitted). Defendant's Motion to Strike [Doc. No. 7] is therefore DENIED without prejudice to resubmission, if appropriate.

IT IS SO ORDERED this 21st day of July, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE